FILED

JUL - 3 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

PJH
(PR)
E-fil

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CV 08 3215

_____,
          Plaintiff,

CASE NO. 2790327906

vs.

PRISONER'S
APPLICATION TO PROCEED
IN FORMA PAUPERIS

FELIPE ROSALES RUIZ, F-08621
          Defendant.

F-08621

I, Felipe Rosales Ruiz, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1.     Are you presently employed?    Yes ___   No X

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: _____     Net: _____

Employer: _____

_____

If the answer is "no," state the date of last employment and the amount of the gross and net salary

PRIS. APPLIC. TO PROC. IN FORMA
PAUPERIS, Case No._____         - 1 -

1 | and wages per month which you received. (If you are imprisoned, specify the last place of
2 | employment prior to imprisonment.)
3 | _____
4 | _____
5 | _____
6 | 2. Have you received, within the past twelve (12) months, any money from any of the following
7 | sources:
8 |     a.    Business, Profession or    Yes ___ No _X_
9 |           self employment
10 |     b.    Income from stocks, bonds,    Yes ___ No _X_
11 |           or royalties?
12 |     c.    Rent payments?    Yes ___ No _X_
13 |     d.    Pensions, annuities, or    Yes ___ No _X_
14 |           life insurance payments?
15 |     e.    Federal or State welfare payments,    Yes ___ No _X_
16 |           Social Security or other govern-
17 |           ment source?
18 | If the answer is "yes" to any of the above, describe each source of money and state the amount
19 | received from each.
20 | _____
21 | _____
22 | 3. Are you married?    Yes ___ No _X_
23 | Spouse's Full Name: _____
24 | Spouse's Place of Employment: _____
25 | Spouse's Monthly Salary, Wages or Income:
26 | Gross $_____ Net $_____
27 | 4.   a.    List amount you contribute to your spouse's support : $_____
28 |     b.    List the persons other than your spouse who are dependent upon you for support

PRIS. APPLIC. TO PROC. IN FORMA

PAUPERIS, Case No._____    - 2 -

1   and indicate how much you contribute toward their support. (NOTE: For minor
2   children, list only their initials and ages. DO NOT INCLUDE THEIR NAMES.).
3   _____
4   _____
5   5.   Do you own or are you buying a home?       Yes ___ No _X_
6   Estimated Market Value: $_____ Amount of Mortgage: $_____
7   6.   Do you own an automobile?                   Yes ___ No _X_
8   Make _____ Year _____ Model _____
9   Is it financed? Yes ____ No ____ If so, Total due: $ _____
10  Monthly Payment: $ _____
11  7.   Do you have a bank account? Yes ___ No _X_ (Do not include account numbers.)
12  Name(s) and address(es) of bank: _____
13  _____
14  Present balance(s): $ _____
15  Do you own any cash? Yes ___ No _X_ Amount: $ _____
16  Do you have any other assets? (If "yes," provide a description of each asset and its estimated
17  market value.) Yes ___ No _X_
18  _____
19  8.   What are your monthly expenses?
20  Rent: $ _____ Utilities: _____
21  Food: $ _____ Clothing: _____
22  Charge Accounts:
23  Name of Account          Monthly Payment          Total Owed on This Acct.
24  _____    $ _____    $ _____
25  _____    $ _____    $ _____
26  _____    $ _____    $ _____
27  9.   Do you have any other debts? (List current obligations, indicating amounts and to whom
28  they are payable. Do not include account numbers.)

PRIS. APPLIC. TO PROC. IN FORMA
PAUPERIS, Case No. _____           - 3 -

1
2
3   10.    Does the complaint which you are seeking to file raise claims that have been presented in
4   other lawsuits?                                                  Yes ___  No  X
5   Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in which
6   they were filed.
7
8
9          I consent to prison officials withdrawing from my trust account and paying to the court the
10  initial partial filing fee and all installment payments required by the court.
11         I declare under the penalty of perjury that the foregoing is true and correct and understand
12  that a false statement herein may result in the dismissal of my claims.
13
14  6-2-2008                               [signature]
15     DATE                              SIGNATURE OF APPLICANT   F-08621

PRIS. APPLIC. TO PROC. IN FORMA

PAUPERIS, Case No. _____              - 4 -

Case Number:_____

# CERTIFICATION OF FUNDS

# IN

# PRISONER'S ACCOUNT

I certify that attached hereto is a true and correct copy of the prisoner's trust account statement showing transactions of <u>Felipe Rosales Ruiz  F08621</u> for the last six months at <u>Pelican Bay State Prison</u> where he is confined.

I further certify that the average deposits each month to this prisoner's account for the most recent 6-month period were $<u>7.05</u> and the average balance in the prisoner's account each month for the most recent 6-month period was $<u>21.98</u>.    (20%= $4.40)

Dated: 5/28/08                              _____
                                                      Authorized officer of the institution



THE WITHIN INSTRUMENT IS A CORRECT
COPY OF THE TRUST ACCOUNT MAINTAINED
BY THIS OFFICE.
ATTEST: 5-28-08
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY _K. Leppin_
TRUST OFFICE

```
                              PELICAN BAY STATE PRISON
                             INMATE TRUST ACCOUNT STATEMENT

                      FOR THE PERIOD: NOV. 01, 2007 THRU MAY 28, 2008

ACCT: F08621           ACCT NAME: RUIZ, FELIPE ROSALES           ACCT TYPE: I

    * THIS STATEMENT DOES NOT REFLECT THE ADMINISTRATIVE FEE CHARGE THAT *
    * IS EQUAL TO TEN PERCENT OF THE RESTITUTION AMOUNT COLLECTED.       *


                              TRUST ACCOUNT SUMMARY

BEGINNING       TOTAL         TOTAL         CURRENT       HOLDS         TRANSACTIONS
BALANCE         DEPOSITS      WITHDRAWALS   BALANCE       BALANCE       TO BE POSTED
---------       --------      -----------   -------       -------       ------------
   0.00          42.30          37.20         5.10          5.00            0.00

                                                                        CURRENT
                                                                        AVAILABLE
                                                                        BALANCE
                                                                        ---------
                                                                          0.10
```

THE WITHIN INSTRUMENT IS A CORRECT COPY OF THE TRUST ACCOUNT MAINTAINED BY THIS OFFICE.
ATTEST: 5/28/08
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY ___Kleppin___
TRUST OFFICE

```
REPORT ID: TS3030  .701                                              REPORT DATE: 
                                                                     PAGE NO:        1
                          CALIFORNIA DEPARTMENT OF CORRECTIONS
                              PELICAN BAY STATE PRISON
                            INMATE TRUST ACCOUNTING SYSTEM
                            INMATE TRUST ACCOUNT STATEMENT

                     FOR THE PERIOD: NOV. 01, 2007 THRU MAY 28, 2008

  ACCOUNT NUMBER  : F08621                    BED/CELL NUMBER: ASUE0000000008L
  ACCOUNT NAME    : RUIZ, FELIPE ROSALES      ACCOUNT TYPE: I
  PRIVILEGE GROUP : D
                               TRUST ACCOUNT ACTIVITY
        TRAN
 DATE   CODE  DESCRIPTION       COMMENT      CHECK NUM   DEPOSITS   WITHDRAWALS   BALANCE
 -----  ----  ---------------   ----------   ---------   --------   -----------   -------

 11/01/2007   BEGINNING BALANCE                                                      0.00

 12/27*DD30   CASH DEPOSIT      2711 #122                 15.75                     15.75
       ACTIVITY FOR 2008
 01/08 FC01   DRAW-FAC 1        2881  A-9                             15.75          0.00
 01/31 FR01   CANTEEN RETUR     703289                                15.75-        15.75
 03/19*DD30   CASH DEPOSIT      4081 #182                 26.55                     42.30
 04/07 FC02   DRAW-FAC 2        4409  B8                              42.30          0.00
 04/30 FR01   CANTEEN RETUR     704692                                42.30-        42.30
 05/02 FC07   DRAW-FAC 7        4768  ASU                             42.30          0.00
 05/27 FR01   CANTEEN RETUR     705131                                 5.10-         5.10


                             CURRENT HOLDS IN EFFECT

  DATE        HOLD
 PLACED       CODE             DESCRIPTION              COMMENT         HOLD AMOUNT
 ---------    ----    -------------------------------   --------        -----------

 05/02/2008   H200    GENERAL HOLD                      4784  ID            5.00


                          * RESTITUTION ACCOUNT ACTIVITY

 DATE SENTENCED: 12/12/05                         CASE NUMBER: *279032790
 COUNTY CODE:    *MER                             FINE AMOUNT: $  34,436.56

   DATE         TRANS.    DESCRIPTION                   TRANS. AMT.      BALANCE
 --------       ------    ---------------------------   -----------      -------

 11/01/2007     BEGINNING BALANCE                                       34,386.56

 12/27/07       DR30      REST DED-CASH DEPOSIT            17.50-       34,369.06
 03/19/08       DR30      REST DED-CASH DEPOSIT            29.50-       34,339.56
```



THE WITHIN INSTRUMENT IS A CORRECT
COPY OF THE TRUST ACCOUNT MAINTAINED
BY THIS OFFICE.
ATTEST: 5-28-08
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY
TRUST OFFICE