UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

FELIPE ROSALES RUIZ,

        Petitioner,

  v.

ROBERT HOREL, Warden,

        Respondent.
                                  /

No. C 08-3215 PJH (PR)

**ORDER OF TRANSFER**

This is a habeas case filed pro se by a state prisoner. Petitioner seeks to challenge a conviction obtained in the Superior Court in and for Merced County. Merced County is in the venue of the United States District Court for the Eastern District of California. Petitioner is incarcerated at Pelican Bay State Prison, which is in this district.

Venue for a habeas action is proper in either the district of confinement or the district of conviction, 28 U.S.C. § 2241(d); however, petitions challenging a conviction are preferably heard in the district of conviction. Habeas L.R. 2254-3(a); *Laue v. Nelson*, 279 F. Supp. 265, 266 (N.D. Cal. 1968).

Because petitioner was convicted in Merced County, this case is **TRANSFERRED** to the United States District Court for the Eastern District of California. *See* 28 U.S.C. § 1404(-a); Habeas L.R. 2254-3(b).

**IT IS SO ORDERED.**

Dated: July __10__, 2008.

                                                PHYLLIS J. HAMILTON
                                               United States District Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FELIPE ROSALES RUIZ, | Case Number: CV08-03215 PJH |
| Plaintiff, | **CERTIFICATE OF SERVICE** |
| v. | |
| ROBERT HOREL, Warden, | |
| Respondent.. | |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on July 10, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Felipe Rosales Ruiz F-08621
Pelican Bay State Prison
A.S.U. E-8
P.O. Box 7500
Crescent City, CA 95532

Dated: July 10, 2008

Richard W. Wieking, Clerk
By: Frank Justiliano, Deputy Clerk