**UNITED STATES DISTRICT COURT**
**Northern District of California**
450 Golden Gate Avenue
San Francisco, California 94102

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
415.522.2000

July 10, 2008

United States District Court
Eastern District of California
501 I Street, Suite 4-200
Sacramento, CA 95814

**RE: CV 08-3215 PJH (PR)  Ruiz v. Horel**

Dear Clerk,

    Pursuant to an order transferring the above captioned case to your court, transmitted herewith are:

        ☐    Certified copy of docket entries.

        ☐    Certified copy of Transferral Order.

        ☐    Original case file documents.

        ☒    Please access the electronic case file for additional pleadings you may need.  See the attached instructions for details.

    Please acknowledge receipt of the above documents on the attached copy of this letter.

        Sincerely,
        RICHARD W. WIEKING, Clerk

        by:  Felicia Reloba
        Case Systems Administrator

Enclosures
Copies to counsel of record

CLOSED, E-Filing, HABEAS, ProSe, TRANSF

# U.S. District Court
## California Northern District (San Francisco)
## CIVIL DOCKET FOR CASE #: 3:08-cv-03215-PJH
### Internal Use Only

Ruiz v. Horel  
Assigned to: Hon. Phyllis J. Hamilton  
Cause: 28:2254 Petition for Writ of Habeas Corpus (State)

Date Filed: 07/03/2008  
Date Terminated: 07/10/2008  
Jury Demand: None  
Nature of Suit: 530 Habeas Corpus (General)  
Jurisdiction: Federal Question

**Petitioner**

**Felipe Rosales Ruiz**     represented by  **Felipe Rosales Ruiz**  
F-08621  
Pelican Bay State Prison  
A.S.U. E-8  
P.O. Box 7500  
Crescent City, CA 95532  
PRO SE

V.

**Respondent**

**Robert Horel**  
*Warden*

| Date Filed | # | Docket Text |
|---|---|---|
| 07/03/2008 | 1 | PETITION for Writ of Habeas Corpus. Filed byFelipe Rosales Ruiz. (far, COURT STAFF) (Filed on 7/3/2008) (Entered: 07/08/2008) |
| 07/03/2008 |  | CASE DESIGNATED for Electronic Filing. (far, COURT STAFF) (Filed on 7/3/2008) (Entered: 07/08/2008) |
| 07/03/2008 | 2 | MOTION for Leave to Proceed in forma pauperis filed by Felipe Rosales Ruiz. (far, COURT STAFF) (Filed on 7/3/2008) (Entered: 07/08/2008) |
| 07/10/2008 | 3 | ORDER TRANSFERRING CASE.. Signed by Judge Phyllis J. Hamiltion on 7/10/08. (Attachments: # 1 Certificate of Service)(fj, COURT STAFF) (Filed on 7/10/2008) (Entered: 07/10/2008) |
| 07/10/2008 | 4 | CLERK'S LETTER to Eastern District of California re transfer of case. (far, COURT STAFF) (Filed on 7/10/2008) (Entered: 07/10/2008) |